2-25-20

Dear, Judge Nathan

I am writing you in regards to my councel. I been reaching out to him asking for him to put a motion in for me. I just recieved a letter from him stating that in order for him to appoint counsel for me, I need to first write you requesting appointment for me please. So im asking if my lawyer (Stephen N. Dratch) can represent me for this motion please. Sorry to bother you, and Thanks for the help.

-James Pilgrim

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28   PM 1:40

**FRANKLIN CORRECTIONAL FACILITY**
62 BARE HILL ROAD, P.O. BOX 10
MALONE, NEW YORK 12953

NAME: _Jerre Pilgrim_   DIN: _15R2242_

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28  PM 1:40

100078150*7 0014

FRANKLIN
CORRECTIONAL FACILITY

neopost
02/25/2020
US POSTAGE
$00
ZIP 12953
0411125 1101

Hon. Alison J. Nathan
Thurgood Marshall U.S Courthouse,
40 Foley Square, NY, NY, 10007