3/19/20

To- Your Honor Judge Nathan

I James Pilgrim #774-06-054, wrote you not too long ago requesting the appointment of counsel to file a motion, on my behalf. I dont know if you ever recieved my letter or not so im writing you again to assure myself im taking the right steps on getting new counsel and filing this motion. I dont know how to tell if you recieved my 1st letter or not so thats im writing you a second time once again seeking counsel to file a motion its called (2255 United States vs Davis). I'm not trying to be a pest or anything of that nature, im just trying to take the right steps to filing the motion. Thats all. Thanks for your time. And good luck and stay clean from that virus thats going around the world. If You or your office need to contact me my support system info is (Mother- Omega Morris- 929-220-6625) (Brother- Omar Pilgrim- 929-248-8801) 760 Park Ave #8L Brooklyn, NY, 11206

From,
James Pilgrim
State# 15R2612  Fed# 774-06054

# Franzblau Dratch, P.C.

Attorneys At Law
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

S.M. Chris Franzblau
Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch*
Shay Shailesh Deshpande*

OF COUNSEL
Richard E. Mischel*
Adam D. Dratch*

* NJ & NY BAR

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office
WEBSITE: www.njcounsel.com

Main Office (973) 992-3700
Telecopier (973) 994-0130
Writer's Direct Dial: (973) 533-7212
email: sdratch@njcounsel.com

February 19, 2020

James Pilgrim DIN #15-R-2612
Franklin Correctional Facility
P.O. Box 10
Malone, NY 12953

Dear James:

I checked with the Criminal Justice Act office (CJA) and they advised me that if you want counsel to be appointed to you for new motions it is necessary for you to write to the sentencing judge. The sentencing judge was the Hon. Alison J. Nathan, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Accordingly, I cannot do anything for you at this point. Please write to the Judge and request the appointment of counsel.

Very truly yours,

STEPHEN N. DRATCH

SND/dam
cc: Thelma Morris
    760 Park Avenue
    Apt. 8L
    Brooklyn, NY 11206

00186812 - 1

cc:fil