# Franzblau Dratch, P.C.

| | | |
|---|---|---|
| S.M. Chris Franzblau<br>Stephen N. Dratch*<br>Julian Wilsey<br>Brian M. Dratch* | Attorneys At Law<br>Plaza One<br>354 Eisenhower Parkway<br>P.O. Box 472<br>Livingston, New Jersey 07039-0472 | OF COUNSEL<br>Richard E. Mischel*<br>Adam D. Dratch*<br><br>* NJ & NY BAR |
| NEW YORK OFFICE<br>233 Broadway, Suite 1800<br>New York, NY 10279<br>(212) 571-1808<br>Please reply to NJ Office<br>WEBSITE: www.njcounsel.com | Main Office (973) 992-3700<br>Telecopier (973) 994-0130<br>Writer's Direct Dial: (973) 533-7212<br>email: sdratch@njcounsel.com | |

May 4, 2020

**Via Email ECF**
Honorable Alison J. Nathan, U.S.D.J.
Southern District of New York
United States Courthouse, Courtroom 906
40 Foley Square
New York, NY 10007

  Re: United States v. Pilgrim
    Docket No. 0208 1: S2 15CR95-030(AJN)

Dear Judge Nathan:

  Pursuant to the Court's Order I have been appointed to determine if Mr. Pilgrim can present a meritorious §2255 application.

  I am respectfully requesting until June 1, 2020 in order to complete my assessment. Due to the COVID-19 virus, as well as my firm's interruption I need more time in order to complete my analysis, as well as to obtain the prior pleadings in the matter. May I please hear from chambers.

              Respectfully yours,

              STEPHEN N. DRATCH

SND/dam