USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>—v—<br><br>James Pilgrim,<br><br>                    Defendant. | 15-cr-95 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

On June 15, 2020 Defendant filed a motion under 28 U.S.C. § 2255. Dkt. No. 2889. The Government shall file its response by July 15, 2020. Defendant shall file his reply, if any, by July 30, 2020.

SO ORDERED.

Dated: June 22, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge