**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2020

July 10, 2020

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. James Pilgrim*, 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully writes to request an extension of the time to respond to defendant James Pilgrim's pending motion to vacate his conviction (Dkt. 2889), presently due on July 15, 2020. The parties have been engaged in productive plea discussions, which may obviate the need for further litigation. Accordingly, the Government respectfully requests an extension until August 10, 2020 in order to allow those discussions to continue. Stephen Dratch, Esq., counsel to Mr. Pilgrim, consents to this request.

SO ORDERED.

SO ORDERED. 7/15/2020

*[signature]*

Alison J. Nathan, U.S.D.J.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      Acting United States Attorney

    By:    /s/_____
                Allison Nichols
                Assistant United States Attorney
                Tel. (212) 637-2366

cc:    Stephen Dratch, Esq. (by ECF)