UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

James Pilgrim,

           Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 22, 2021, the Court received by mail a letter from Defendant James Pilgrim. The letter has been forwarded to defense counsel and it has otherwise been filed under seal. By March 8, 2021, Defense counsel is ORDERED to file on the public docket a letter confirming he has been able to be in communication with the Defendant and whether an application is being made on his behalf.

    SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge