USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/23/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

James Pilgrim,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby adjourns the change of plea proceeding in this matter to the week of **May 3, 2021.** The Court requested a remote proceeding slot for April 27, 2021, as originally scheduled, but did not receive one. The Court will re-submit the form for the week of May 3, 2021, and it will provide more information at a later date.

As noted in Dkt. No. 3191, in light of the COVID public health crisis, there are significant safety issues related to in-court proceedings. If the Defendant wishes to waive his physical presence, this proceeding will be conducted remotely. To that end, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide the waiver form attached to Dkt. No. 3191 to him. If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form. If the Defendant does not consent to proceeding remotely, defense counsel shall inform the Court by no later than April 27, 2021.

SO ORDERED.

Dated: April 23, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge