UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

James Pilgrim,

Defendant.

15-cr-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/21

ALISON J. NATHAN, District Judge:

The Court schedules the plea hearing in this matter for **August 9, 2021, at 11:00 a.m.** On July 16, 2021, Defendant consented to conducted the plea hearing remotely. Dkt. No. 3224. The Court was informed on July 21, 2021, that the Defendant does not have access to videoconference technology. Accordingly, IT IS ORDERED that the August 9, 2021, proceeding will take place by teleconference. At 11:00 a.m. on August 9, the parties shall dial 888-363-4749 and enter access code 9196964#. The government is ORDERED to provide this information to FCI Williamsburg. The press and members of the public may use the same dial-in information but will not be permitted to speak.

IT IS FURTHER ORDERED that defense should confer with the Defendant regarding waiving his physical presence and provide the attached waiver form to him. If Mr. Pilgrim, after reviewing the form and being advised of its contents, wishes to waive his right to be physically present, he and his counsel should return the signed waiver form no later than August 6, 2021.

IT IS FURTHER ORDERED that the parties are to submit the plea agreement in accordance with the Undersigned's Individual Practices in Criminal Cases, which is available at https://www.nysd.uscourts.gov/hon-alison-jnathan.

SO ORDERED.

Dated: July 23, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

April 8, 2020 P.M.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

                     -v-                                             **WAIVER OF RIGHT TO BE PRESENT**
                                                                          **AT CRIMINAL PROCEEDING**

                         ,
               James Pilgrim.                               15-CR-95     (AJN) ( )

------------------------------------------------------------------X

**Check Proceeding that Applies**

  X      Entry of Plea of Guilty

I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:           _____      _____
                       Print Name                             Signature of Defendant

____      Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I do not wish to wait until the end of this emergency to be sentenced.  I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence.  By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions.  I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:        _____        _____
             Print Name                             Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:        _____        _____
             Print Name                             Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:        _____
             Signature of Defense Counsel

**Accepted:**   _____
                Signature of Judge
                Date:

2