UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/21

United States of America,

–v–

James Pilgrim,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Government's letter requesting an adjournment of the plea hearing scheduled in this matter for August 9, 2021. Dkt. No. 3231. The hearing is hereby ADJOURNED *sine die* due to Mr. Pilgrim's transfer. The Court will reschedule the hearing for a later date as soon as arrangements can be made with USP Atlanta.

This resolves Dkt. No. 3231.

SO ORDERED.

Dated: August 6, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge