UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/21
```

United States of America,

–v–

James Pilgrim,

              Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    So that the Court may set a change of plea hearing as soon as possible, the Government is ORDERED to request a hearing date or provide a status update to the Court on or before **September 24, 2021**.

    SO ORDERED.

Dated: September 10, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge