UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

James Pilgrim,

                Defendant.

15-cr-95-30 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/21

ALISON J. NATHAN, District Judge:

    On September 10, 2021, the Court ordered the Government to request a hearing date or provide a status update by September 24, 2021. Dkt. No. 3240. The Court is not in receipt of a request or update. The Government is hereby ORDERED to submit the information requested in the Court's September 10 order on or before October 7, 2021.

    SO ORDERED.

Dated: September 30, 2021
       New York, New York

                                      ALISON J. NATHAN
                                      United States District Judge