UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

James Pilgrim,

              Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court schedules the plea hearing in this matter for Monday, November 8, 2021 at 2:00 PM. The Defendant has submitted his Waiver of Right to be physically present at the plea proceeding. Dkt. No. 3228. Accordingly, IT IS ORDERED that the proceeding will take place by teleconference. At the scheduled time, the parties shall dial 888-363-4749 and enter access code 9196964#. The government is ORDERED to provide this information to FCI Mendota. The press and members of the public may use the same dial-in information but will not be permitted to speak.

    IT IS FURTHER ORDERED that the parties are to submit the plea agreement in accordance with the Undersigned's Individual Practices in Criminal Cases, which is available at https://www.nysd.uscourts.gov/hon-alison-jnathan

    SO ORDERED.

Dated: October 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge