UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/21

United States of America,

–v–

James Pilgrim,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On November 8, 2021, FCI Mendota failed to produce Mr. Pilgrim for the teleconference plea hearing. See Dkt. No. 3255. As discussed at the proceeding, the Court hereby ADJOURNS the plea hearing to January 18, 2022 at 1:00 p.m. The proceeding will take place in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge