UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/22

United States of America,

—v—

James Pilgrim,

                Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court provides an update to its order yesterday regarding whether the plea and sentencing in this matter should occur remotely. *See* Dkt. No. 3277. The Court has been informed that a remote proceeding is available at **9:00 a.m. on January 18, 2022**. Accordingly, Defense counsel is ORDERED to inform the court by **2:00 p.m. tomorrow, January 14, 2022,** if Defendant consents to proceeding remotely at that time. If so, Defense counsel is directed to submit the waiver form attached to Dkt. No. 3277 **at least 24 hours prior to the proceeding**. Defense counsel may sign on the Defendant's behalf if authorized by the Defendant to do so.

    SO ORDERED.

Dated: January 13, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge