UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

James Pilgrim,

           Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is awaiting to hear from counsel as to whether the Defendant consents to conducting the 9:00 a.m., January 18, 2022 proceeding remotely.

    In the event that Defendant does consent to a remote proceeding, the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964#. All persons accessing the proceeding must mute their lines unless given permission to unmute. Any recording or rebroadcasting of any portion of the proceeding is strictly prohibited. Violations of this order can result in fines or other sanctions.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

                              ALISON J. NATHAN
                            United States District Judge