UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/22
```

United States of America,

—v—

James Pilgrim,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

As discussed at today's proceeding, the parties are hereby ORDERED to confer and submit briefing addressing Mr. Pilgrim's prior state sentences:

- Defense submission due: January 27, 2022

- Government submission due: February 3, 2022

The Court hereby schedules the sentencing in this matter for **February 15, 2022, at 2:00 p.m.** The proceeding will take place in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge