| | | |
|---|---|---|
| Stephen N. Dratch*<br>Julian Wilsey<br>Brian M. Dratch* | **The Dratch Law Firm, P.C.**<br>Attorneys At Law<br>Plaza Two<br>354 Eisenhower Parkway<br>P.O. Box 472<br>Livingston, New Jersey 07039-0472 | OF COUNSEL<br>Richard E. Mischel*<br>Adam D. Dratch*<br><br>* NJ & NY BAR |
| NEW YORK OFFICE<br>233 Broadway, Suite 1800<br>New York, NY 10279<br>(212) 571-1808<br>Please reply to NJ Office<br>WEBSITE: www.njcounsel.com | Main Office (973) 992-3700<br>Telecopier (973) 992-7945<br>Writer's Direct Dial: (973) 533-7212<br>email: sdratch@njcounsel.com | |

February 14, 2022

**VIA ECF**
Hon. Alison J. Nathan, U.S.D.J.
Southern District of New York
United States Courthouse, Courtroom 906
40 Foley Square
New York, NY 10007

    Re:   United States v. Burrell (Pilgrim)
            Case No. 15-cr-95

Dear Judge Nathan:

    This office represents defendant, James Pilgrim. Mr. Pilgrim is to be before the Court on February 15, 2022 for sentencing. Today I received a letter from James Pilgrim's mother, Thelma Morris. I am respectfully requesting that your Honor consider the letter at tomorrow's sentencing.

                                       Respectfully yours,

                                       */s/ Stephen N. Dratch*

                                       STEPHEN N. DRATCH

SND/dam
Encls.
cc:       Jessica Feinstein AUSA (w/encls) (via email)

00252035 - 1