UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/22

United States of America,

—v—

James Pilgrim,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court received a letter in the mail from Defendant James Pilgrim.  The Court has filed the letter under seal and provided a copy to Mr. Pilgrim's counsel.  Defense counsel is ORDERED to file a letter on or before April 15, 2022, confirming that he has conferred with the Defendant on the issue outlined in the letter.  Because the Defendant is represented by counsel, the Court will not take any further action based on the letter.

SO ORDERED.

Dated: March 25, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge